UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK  Attorney: FISHER TAUBENFELD LLP - 2507

DEMECIO ORTEGA

Plaintiff(s)

- against -

PROSPECT EXPRESS INC, D/B/A PROSPECT BUILDING SUPPLY ETAL

Defendant(s)

Index #: 1:22-CV-03122PKC-RML

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 10, 2022 at 09:15 AM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY12231

deponent served the within two true copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on PROSPECT EXPRESS INC. D/B/A PROSPECT BUILDING SUPPLY, the defendant/respondent therein named,

**SECRETARY OF STATE**  by delivering two true copies to NANCY DOUGHERTY personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee of $40 00

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 55 | 5'4 | 145 |

Sworn to me on: August 10, 2022

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2026

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2025

Gotham Process Inc.
299 Broadway
New York NY 10007

STEVEN C AVERY

Docket #: *1227496*